## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**In re**

    LAWRENCE PATRICK RUMBOUGH,        Case No.  6:07-bk-02298-ABB

                    Debtor.        Chapter 13
_____/

### MOTION FOR EXTENSION OF TIME TO FILE CHAPTER 13 SCHEDULES STATEMENT OF AFFAIRS, CHAPTER 13 PLAN, FORM 22C AND PAYMENT ADVICES

    COMES NOW, Debtor, by and through his undersigned attorney, and hereby moves this Court as follows:

    1.    On June4, 2007, the Debtor filed a voluntary petition in bankruptcy.

    2.    The Debtor is attempting to gather the information regarding his payment advices for the last 6 months and information pertaining to real property and potential claims.

    3.    The Debtor will need an additional fifteen (15) days in order to gather all of the information and the payment advices to put together the necessary financial reports and complete the Schedules, Statement of Financial Affairs, Chapter 13 Plan and Form 22C.

    4.    The Debtor requests that this Court grant an extension of fifteen (15) days, until July 3, 2007, to prepare and file the Chapter 13 Schedules, Statement of Financial Affairs, the Chapter 13 plan, Form 22C and payment advices, pursuant to Rule 3015 of the Federal Rules of Bankruptcy Procedure.

                                  Respectfully submitted,

                                  BAKER LAW OFFICES, P.A.
                                  1355 Orange Avenue, Suite 3
                                  Winter Park Florida 32789
                                  Telephone: (407) 671-9836
                                  Facsimile: (407) 671-5679
                                  Attorneys for Debtor

                                  /s/ *RICHARD R. BAKER*
                                  RICHARD R. BAKER, ESQ.
                                  Florida Bar No. 971110

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a true and correct copy of the foregoing has been provided by electronic filing on this 20th day of June, 2007 to Laurie K. Weatherford, Chapter 13 Trustee, P.O. Box 3450, Winter Park, FL 32790-3450.

                                                                 /s/ *RICHARD R. BAKER*
                                                                   RICHARD R. BAKER, ESQ.